Debtor 1          **Raymond O Armstrong**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF PENNSYLVANIA

Case number   1:16-bk-409

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

| 1.1 | | |
|---|---|---|
| | **What is the property?** Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |

Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

City          State          ZIP Code

**Current value of the entire property?**          **Current value of the portion you own?**
$135,000.00          $135,000.00

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

County

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Address: 1355 Mainsville Rd**
**Shippensburg, PA 17257**
**Property value per appraisal = $150,000 less 10% sales cost=**
**$135,000**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................................................=>**    **$135,000.00**

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

| 3.1 | Make: _____ | **Who has an interest in the property?** *Check one* | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|

3.1  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** *Check one*

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

> **2008 Chevrolet  Silverado 3500**
> **Mileage: 59,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

$26,452.00    $26,452.00

3.2  Make: _____

Model: _____

Year: _____

Approximate mileage: _____

Other information:

**Who has an interest in the property?** *Check one*

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

> **2005 Chevrolet Monte Carlo**
> **Mileage: 9,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?**    **Current value of the portion you own?**

$9,714.00    $4,857.00

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................=>    $31,309.00

| **Part 3:** | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes.  Describe.....

> **Household Items**
> **King Bed $50,**
> **TV $25,**
> **Dresser $15,**
> **Lamp $10,**
> **Recliner $25**

$125.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No

☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

☐ Yes.  Describe.....

**9.  Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes.  Describe.....

**10.  Firearms**
   *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
   ■ No
   ☐ Yes.  Describe.....

**11.  Clothes**
   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **Normal and Customary** | **$0.00** |

**12.  Jewelry**
   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
   ■ No
   ☐ Yes.  Describe.....

**13.  Non-farm animals**
   *Examples:* Dogs, cats, birds, horses
   ■ No
   ☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**
   ☐ No
   ■ Yes.  Give specific information.....

| | |
|---|---|
| **Jewelry**<br>**Gold necklace**<br>**Watch** | **$50.00** |

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ....................................................................................

| |
|---|
| **$175.00** |

| Part 4: | Describe Your Financial Assets |
|---|---|

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.  Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
   ■ No
   ☐ Yes.................................................................................................................

**17.  Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
   ☐ No
   ■ Yes........................   Institution name:

| | | |
|---|---|---|
| 17.1. | **Checking Account #8209**<br>**Middletown Valley Bank**<br>**24 W. Main St.**<br>**PO Box 75**<br>**Middletown, MD 21769** | **$249.45** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes.................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
        Name of entity:                              % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
        Type of account:            Institution name:

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .....................    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
| --- | --- |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits;
                unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
              Company name:                              Beneficiary:                      Surrender or refund
                                                                                           value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has
    died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for
    Part 4. Write that number here.................................................................................................................    **$249.45**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|         | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Case 1:16-bk-00409-MDF    Doc 22    Filed 07/29/16    Entered 07/29/16 15:31:42    Desc
Main Document    Page 5 of 28

54.  **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................   **$0.00**

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ...................................................................................................................  **$135,000.00**

56.  **Part 2: Total vehicles, line 5**                                        **$31,309.00**

57.  **Part 3: Total personal and household items, line 15**                  **$175.00**

58.  **Part 4: Total financial assets, line 36**                              **$249.45**

59.  **Part 5: Total business-related property, line 45**                     **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**           **$0.00**

61.  **Part 7: Total other property not listed, line 54**            +        **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$31,733.45**    Copy personal property total    **$31,733.45**

63.  **Total of all property on Schedule A/B**. Add line 55 + line 62                                **$166,733.45**

## APPRAISAL OF



## LOCATED AT:

1355 Mainsville Rd
Shippensburg, Pa 17257

## CLIENT:

Raymond Armstrong & Mary Smith
1355 Mainsville Rd
Shippensburg, PA 17257

## AS OF:

February 26, 2015

## BY:

Duane E. Wible
Pennsylvania State Certified Lic #RL139766

Raymond Armstrong & Mary Smith

Raymond Armstrong & Mary Smith
1355 Mainsville Rd
Shippensburg, PA 17257

File Number:   1355 Mainsville Rd

In accordance with your request, I have appraised the real property at:

1355 Mainsville Rd
Shippensburg, Pa  17257

The purpose of this appraisal is to develop an opinion of the defined value of the subject property, as improved. The property rights appraised are the fee simple interest in the site and improvements.

In my opinion, the defined value of the property as of   February 26, 2015                     is:

$150,000
One Hundred Fifty Thousand  Dollars

The attached report contains the description, analysis and supportive data for the conclusions, final opinion of value, descriptive photographs, assignment conditions and appropriate certifications.

Duane E. Wible
Pennsylvania State Certified Lic #RL139766

# Summary Residential Appraisal Report

File No. 1355 Mainsville Rd

The purpose of this appraisal report is to provide the client with a credible opinion of the defined value of the subject property, given the intended use of the appraisal.

**PURPOSE**

Client Name/Intended User  Raymond Armstrong & Mary Smith    E-mail n/a
Client Address  1355 Mainsville Rd    City Shippensburg    State PA    Zip 17257
Additional Intended User(s)  Attorney Lloyd Reichard

Intended Use  Banckruptcy Proceedings

**SUBJECT**

Property Address 1355 Mainsville Rd    City Shippensburg    State Pa    Zip 17257
Owner of Public Record  Armstrong, Raymond    County Franklin
Legal Description  Franklin County deed book Vol. 2579    Page 365
Assessor's Parcel #  21-N-17-74    Tax Year 2014    R.E. Taxes $ 2,513.00
Neighborhood Name  Southampton Township    Map Reference 21-N-17-74    Census Tract
Property Rights Appraised  [X] Fee Simple    [ ] Leasehold    [ ] Other (describe)
My research [ ] did  [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Prior Sale/Transfer:  Date n/a    Price n/a    Source(s) publicrecords;assessment

**SALES HISTORY**

Analysis of prior sale or transfer history of the subject property (and comparable sales, if applicable)  No prior sale/transfer of the subject within the past three years prior to the effective date of this appraisal.  No prior sale/transfer of the sales comparables within the past year prior to the date of sale of the comparable sale.

Offerings, options and contracts as of the effective date of the appraisal    n/a

**NEIGHBORHOOD**

| Neighborhood Characteristics | | | One-Unit Housing Trends | | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [ ] Suburban [X] Rural | | Property Values | [X] Increasing [X] Stable [ ] Declining | | PRICE $(000) | AGE (yrs) | One-Unit | 45 % |
| Built-Up | [ ] Over 75% [X] 25-75% [ ] Under 25% | | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | | | | 2-4 Unit | 2 % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | | Marketing Time | [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | | 30 Low | 1 | Multi-Family | 3 % |

| | | | |
|---|---|---|---|
| 345 High | 200 | Commercial | 5 % |
| 145 Pred. | 20 | Other vacant | 45 % |

Neighborhood Boundaries  To include Franklin County. Area is mixed residential/commercial/agricultural. Subject conforms.
Neighborhood Description  No adverse conditions were noted in subject's market area affecting marketability of subject property. The subject has average market appeal and is located within reasonable access to services. Subject conforms to other homes in area.

Market Conditions (including support for the above conclusions)  Supply and demand are in balance.  Growth is steady.  Mortgage rates vary from 4%-6% fixed and variable. No other adverse market conditions were noted affecting future marketability of subject.

**SITE**

Dimensions  100' x 150'    Area 15000 Sq.Ft.    Shape rectangular    View residential
Specific Zoning Classification  R    Zoning Description residential
Zoning Compliance  [X] Legal  [ ] Legal Nonconforming (Grandfathered Use)  [ ] No Zoning  [ ] Illegal (describe)
Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use?  [X] Yes  [ ] No  If No, describe.

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street asphalt | [X] | |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley none | | |

Site Comments  No adverse easements or encroachments were noted at the time of inspection.

**IMPROVEMENTS**

| GENERAL DESCRIPTION | FOUNDATION | EXTERIOR DESCRIPTION materials | INTERIOR materials |
|---|---|---|---|
| Units [X] One [ ] One w/Acc. unit | [ ] Concrete Slab [X] Crawl Space | Foundation Walls conc block avg | Floors ww/vinyl avg |
| # of Stories 2 | [ ] Full Basement [ ] Partial Basement | Exterior Walls vinyl siding avg | Walls drywall avg |
| Type [X] Det. [ ] Att. [ ] S-Det/End Unit | Basement Area 0 sq. ft. | Roof Surface asph shingle avg | Trim/Finish ranch wd avg |
| [X] Existing [ ] Proposed [ ] Under Const. | Basement Finish 0 % | Gutters & Downspouts aluminum avg | Bath Floor vinyl avg |
| Design (Style) cape cod | [X] Outside Entry/Exit [ ] Sump Pump | Window Type dbl hung avg | Bath Wainscot drywall avg |
| Year Built 1993 | | Storm Sash/Insulated thermal/yes avg | Car Storage [ ] None |
| Effective Age (Yrs) 15 | | Screens yes avg | [X] Driveway # of Cars 2 |
| Attic [ ] None | Heating [X] FWA [ ] HW [ ] Radiant | Amenities | Driveway Surface asphalt |
| [ ] Drop Stair [ ] Stairs | [ ] Other Fuel gas | [ ] WoodStove(s) # 0 | [X] Garage # of Cars 2 |
| [X] Floor [ ] Scuttle | Cooling [X] Central Air Conditioning | [ ] Fireplace(s) # 0 | [ ] Fence none [ ] Carport # of Cars 0 |
| [ ] Finished [ ] Heated | [ ] Individual [ ] Other | [X] Patio/Deck none [X] Porch front | [X] Att. [ ] Det. [ ] Built-in |
| Appliances [X] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [X] Washer/Dryer | | [ ] Pool none [ ] Other none | [ ] Other (describe) |
| Finished area above grade contains: | Rooms | Bedrooms | Bath(s) | 1,822 Square Feet of Gross Living Area Above Grade |

Additional Features  whole house fan, ceiling fans, security system, stainless steel appliances

Comments on the Improvements  Physical depreciation consists of normal wear & tear. Functional adequacy of the property is in line with other properties in the general vicinity. No external depreciation was noted.  Overall subject is in average condition and has been maintained.  Most recent improvements were done after purchase in 2004 such as new furnace, added a full bath and asphalt driveway.


general purpose appraisal report

Produced using ACI software, 800.234.8727 www.aciweb.com
Page 1 of 2

This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 12/2008
GPARSUM_08 12222008

# Summary Residential Appraisal Report

File No. 1355 Mainsville Rd

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| | 1355 Mainsville Rd | 527 Nicklas Dr | | 14115 Paxton Run Rd | | 365 Bradley Ln | |
| Address | Shippensburg, PA 17257 | Fayetteville, PA 17222 | | Shippensburg, PA 17257 | | Shippensburg, PA 17257 | |
| Proximity to Subject | | 9.48 miles SE | | 5.04 miles NW | | 2.05 miles SE | |
| Sale Price | $ | | $ 167,500 | | $ 143,500 | | $ 185,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 77.55 sq. ft. | | $ 78.33 sq. ft. | | $ 92.32 sq. ft. | |
| Data Source(s) | | public records/ MLS service | | public records/ MLS service | | public records/ MLS service | |
| Verification Source(s) | | exterior inspection | | exterior inspection | | exterior inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing | | other;unknown | | conventional | | cash | |
| Concessions | | subsidy;6000 | -6,000 | subsidy;4305 | -4,300 | none | |
| Date of Sale/Time | | 06/20/2014 | | 12/12/2014 | | 07/30/2014 | |
| Location | Rural | rural | | rural | | rural | |
| Leasehold/Fee Simple | Fee Simple | fee simple | | fee simple | | fee simple | |
| Site | .34 acre | .44 acre | 0 | .90 acre | 0 | .30 acre | |
| View | residential | residential | | residential | | residential | |
| Design (Style) | cape cod | cape cod | | colonial | | colonial | |
| Quality of Construction | vinyl sid | vinyl sid | | vinyl sid | | vinyl sid/brick | -5,000 |
| Actual Age | 22 | 22 | | 22 | | 16 | -5,000 |
| Condition | average | average | | average | | average | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 9 4 2 | 8 3 3 | -6,000 | 8 3 2.1 | -3,000 | 8 4 2.1 | -3,000 |
| Gross Living Area 20.00 | 1,822 sq. ft. | 2,160 sq. ft. | -6,800 | 1,832 sq. ft. | -200 | 2,004 sq. ft. | -3,600 |
| Basement & Finished | crawl space | full unfinished | -5,000 | crawl space | | full unfinished | -5,000 |
| Rooms Below Grade | none | none | | none | | none | |
| Functional Utility | functional | functional | | functional | | functional | |
| Heating/Cooling | central h & a/c | elec bb  n/c | 5,000 | oil hwbb  n/c | 5,000 | central h & a/c | |
| Energy Efficient Items | none | none | | none | | none | |
| Garage/Carport | 2 Car Attached | none | 10,000 | 2 Car Attached | | 2 Car Attached | |
| Porch/Patio/Deck | porch | deck | 0 | porch/deck | -3,000 | porch/deck | -3,000 |
| | | | | | | | |
| Net Adjustment (Total) | | ☐+ ☒- $ | 8,800 | ☐+ ☒- $ | 5,500 | ☐+ ☒- $ | 24,600 |
| Adjusted Sale Price | | Net Adj. -5.3% | | Net Adj. -3.8% | | Net Adj. -13.3% | |
| of Comparables | | Gross Adj. 23.2% $ | 158,700 | Gross Adj. 10.8% $ | 138,000 | Gross Adj. 13.3% $ | 160,400 |

Summary of Sales Comparison Approach    A detailed search was conducted to locate the most similar sales based on location, style, GLA, amenities and market appeal. Sales used in this report represent the best, most recent, and most similar sales available in the market area. The number of sales comparisons is limited in the market area and may exceed lender guidelines for distance from the subject, time from the date of sale of the comparable to date of valuation and/ or net/gross adjustments. This is typical for the area and does not affect the marketability of the subject. Sale comparable one was given most weight. It was most similar in construction style and quality, same age as subject, similar room count and GLA with less amenities. No similar cape cod sale comparables were found in the Shippensburg area. Therefore search area was expanded. Construction style als expanded to include colonial homes.

**COST APPROACH TO VALUE**

Site Value Comments   Site value is based on recent sales of similar properties in the subject market area.

| ESTIMATED ☒ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE . . . . . . . . . . . . . . . . . . . . . . = $ | 35,000 |
|---|---|---|
| Source of cost data  Marshall & Swift | Dwelling   1,822 Sq. Ft. @ $   85.00 . . . . . . . . . = $ | 154,870 |
| Quality rating from cost service  average   Effective date of cost data  01/2015 | Sq. Ft. @ $ . . . . . . . . . = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | Garage/Carport 528   Sq. Ft. @ $   23.00 . . . . . . . . . = $ | 12,144 |
| Site value is based on analysis of recent land sales in the | Total Estimate of Cost-New . . . . . . . . . = $ | 167,014 |
| subject's market area. Cost figures were derived from Marshall & | Less 50   Physical   Functional   External | |
| Swift valuation Service and adjusted for local costs. Physical | Depreciation $50,104 . . . . . . . . . . . . . . . . . . = $( | 50,104) |
| depreciation is based on the Age/Life method. | Depreciated Cost of Improvements . . . . . . . . . . . . . . . . . . . . . . = $ | 116,910 |
| | "As-is" Value of Site Improvements . . . . . . . . . . . . . . . = $ | 2,500 |
| | INDICATED VALUE BY COST APPROACH . . . . . . . . . . . . . . . . . . . = $ | 154,400 |

**INCOME APPROACH TO VALUE**

Estimated Monthly Market Rent $    n/a   X Gross Rent Multiplier    n/a   = $    0   Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM)  subject not income producing

Methods and techniques employed: ☐ Sales Comparison Approach   ☐ Cost Approach   ☐ Income Approach   ☐ Other:

Discussion of methods and techniques employed, including reason for excluding an approach to value:   The sales comparison approach is the most reliable indicator to value. The income approach has not been used as homes in the subject are are owner occupied. The cost approach supports the sales comparison approach.

Reconciliation comments:   Sales comparison approach was given most weight as it is the most reliable indictor of value. Sale comparison approach based on current market activity in a market area.   Cost approach most accurate for new construction and homes less than two years old.

Based on the scope of work, assumptions, limiting conditions and appraiser's certification, my (our) opinion of the defined value of the real property that is the subject of this report is $   150,000   , which is the effective date of this appraisal, is:

☒ Single point $ 150,000    ☐ Range $ _____ to $ _____    ☐ Greater than    ☐ Less than $ _____

This appraisal is made ☒ "as is",   ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed,   ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed   ☐ subject to the following:

Produced using ACI software, 800.234.8727 www.aciweb.com    Page 2 of 8    This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.    (GPARSUM) General Purpose Appraisal Report 12/2008    GPARSUM_09 12222008

**gpar™**
general purpose appraisal report

## Scope of Work, Assumptions and Limiting Conditions

Scope of work is defined in the Uniform Standards of Professional Appraisal Practice as " the type and extent of research and analyses in an assignment." In short, scope of work is simply what the appraiser did and did not do during the course of the assignment. It includes, but is not limited to: the extent to which the property is identified and inspected, the type and extent of data researched, the type and extent of analyses applied to arrive at opinions or conclusions.

The scope of this appraisal and ensuing discussion in this report are specific to the needs of the client, other identified intended users and to the intended use of the report. This report was prepared for the sole and exclusive use of the client and other identified intended users for the identified intended use and its use by any other parties is prohibited. The appraiser is not responsible for unauthorized use of the report.

The appraiser's certification appearing in this appraisal report is subject to the following conditions and to such other specific conditions as are set forth by the appraiser in the report. All extraordinary assumptions and hypothetical conditions are stated in the report and might have affected the assignment results.

1. The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership.

2. Any sketch in this report may show approximate dimensions and is included only to assist the reader in visualizing the property. The appraiser has made no survey of the property.

3. The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made thereto.

4. Neither all, nor any part of the contents of this report, copy or other media thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client and other intended users as identified in this report, nor shall it be conveyed by anyone to the public through advertising, public relations, news, sales, or other media, without the written consent of the appraiser.

5. The appraiser will not disclose the contents of this appraisal report unless required by applicable law or as specified in the Uniform Standards of Professional Appraisal Practice.

6. Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, no responsibility for accuracy of such items furnished to the appraiser is assumed by the appraiser.

7. The appraiser assumes that there are no hidden or unapparent conditions of the property, subsoil, or structures, which would render it more or less valuable. The appraiser assumes no responsibility for such conditions, or for engineering or testing, which might be required to discover such factors. This appraisal is not an environmental assessment of the property and should not be considered as such.

8. The appraiser specializes in the valuation of real property and is not a home inspector, building contractor, structural engineer, or similar expert, unless otherwise noted. The appraiser did not conduct the intensive type of field observations of the kind intended to seek and discover property defects. The viewing of the property and any improvements is for purposes of developing an opinion of the defined value of the property, given the intended use of this assignment. Statements regarding condition are based on surface observations only. The appraiser claims no special expertise regarding issues including, but not limited to: foundation settlement, basement moisture problems, wood destroying (or other) insects, pest infestation, radon gas, lead based paint, mold or environmental issues. Unless otherwise indicated, mechanical systems were not activated or tested.

This appraisal report should not be used to disclose the condition of the property as it relates to the presence/absence of defects. The client is invited and encouraged to employ qualified experts to inspect and address areas of concern. If negative conditions are discovered, the opinion of value may be affected.

Unless otherwise noted, the appraiser assumes the components that constitute the subject property improvement(s) are fundamentally sound and in working order.

Any viewing of the property by the appraiser was limited to readily observable areas. Unless otherwise noted, attics and crawl space areas were not accessed. The appraiser did not move furniture, floor coverings or other items that may restrict the viewing of the property.

9. Appraisals involving hypothetical conditions related to completion of new construction, repairs or alteration are based on the assumption that such completion, alteration or repairs will be competently performed.

10. Unless the intended use of this appraisal specifically includes issues of property insurance coverage, this appraisal should not be used for such purposes. Reproduction or Replacement cost figures used in the cost approach are for valuation purposes only, given the intended use of the assignment. The Definition of Value used in this assignment is unlikely to be consistent with the definition of Insurable Value for property insurance coverage/use.

11. The ACI General Purpose Appraisal Report (GPAR™) is not intended for use in transactions that require a Fannie Mae 1004/Freddie Mac 70 form, also known as the Uniform Residential Appraisal Report (URAR).

Additional Comments Related To Scope Of Work, Assumptions and Limiting Conditions
The Intended User of this appraisal report is the client. The Intended Use is to evaluate the property that is the subject of this appraisal for market value. No additional Intended Users are identified by the appraiser.


Case 1:16-bk-00409-MDF    Doc 22    Filed 07/29/16    Entered 07/29/16 15:31:42    Desc
Main Document    Page 11 of 28

## Appraiser's Certification

The appraiser(s) certifies that, to the best of the appraiser's knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are the appraiser's personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. Unless otherwise stated, the appraiser has no present or prospective interest in the property that is the subject of this report and has no personal interest with respect to the parties involved.

4. The appraiser has no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. The appraiser's engagement in this assignment was not contingent upon developing or reporting predetermined results.

6. The appraiser's compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. The appraiser's analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Unless otherwise noted, the appraiser has made a personal inspection of the property that is the subject of this report.

9. Unless noted below, no one provided significant real property appraisal assistance to the appraiser signing this certification. Significant real property appraisal assistance provided by:

**Additional Certifications:**
none

---

Definition of Value: [X] Market Value   [ ] Other Value: _____
Source of Definition: <u>Fundamentals of Real Estate Appraisal</u> _____
Market Value- The most probable price real estate should bring in a sale occurring under normal market conditions.

---

ADDRESS OF THE PROPERTY APPRAISED:
<u>1355 Mainsville Rd</u>
<u>Shippensburg, Pa 17257</u>
EFFECTIVE DATE OF THE APPRAISAL: <u>02/26/2015</u>
APPRAISED VALUE OF THE SUBJECT PROPERTY $ <u>150,000</u>

**APPRAISER**

Signature: _Duane C. Wible_
Name: Duane E. Wible
State Certification # RL139766
or License # _____
or Other (describe): _____ State #: _____
State: PA
Expiration Date of Certification or License: 08/30/2015
Date of Signature and Report: 03/02/2015
Date of Property Viewing: 02/26/2015
Degree of property viewing:
[X] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view

**SUPERVISORY APPRAISER**

Signature: _____
Name: _____
State Certification # _____
or License # _____
State: _____
Expiration Date of Certification or License: _____
Date of Signature: _____
Date of Property Viewing: _____
Degree of property viewing:
[ ] Interior and Exterior   [ ] Exterior Only   [ ] Did not personally view

gpar™
general purpose appraisal report
Produced using ACI software, 800.234.8727 www.aciweb.com
Page 2 of 2
This form Copyright © 2005-2010 ACI Division of ISO Claims Services, Inc., All Rights Reserved.
(gPAR™) General Purpose Appraisal Report 12/2005
GPARLIM_05 08112009

Wible Appraisals

| Client: Raymond Armstrong & Mary Smith | | File No.: 1355 Mainsville Rd |
|---|---|---|
| Property Address: 1355 Mainsville Rd | | Case No.: |
| City: Shippensburg | State: Pa | Zip: 17257 |



**FRONT VIEW OF
SUBJECT PROPERTY**

Appraised Date: February 26, 2015
Appraised Value: $ 150,000



**REAR VIEW OF
SUBJECT PROPERTY**



**STREET SCENE**

| Client: Raymond Armstrong & Mary Smith | | File No.: 1355 Mainsville Rd | |
|---|---|---|---|
| Property Address: 1355 Mainsville Rd | | Case No.: | |
| City: Shippensburg | State: Pa | Zip: 17257 | |



**COMPARABLE SALE #1**

527 Nicklas Dr
Fayetteville, PA 17222
Sale Date: 06/20/2014
Sale Price: $ 167,500



**COMPARABLE SALE #2**

14115 Paxton Run Rd
Shippensburg, PA 17257
Sale Date: 12/12/2014
Sale Price: $ 143,500



**COMPARABLE SALE #3**

365 Bradley Ln
Shippensburg, PA 17257
Sale Date: 07/30/2014
Sale Price: $ 185,000



Kitchen



Living Room



Dining Room



Bathroom



Bathroom



Bedroom

Produced using ACI software, 800.234.8727 www.aciweb.com

PHT3 05212013



Bedroom



Bedroom



Bedroom



Laundry Room



Front/Left Side



Front/Right Side

| | | |
|---|---|---|
| Client: Raymond Armstrong & Mary Smith | File No.: 1355 Mainsville Rd | |
| Property Address: 1355 Mainsville Rd | Case No.: | |
| City: Shippensburg | State: Pa | Zip: 17257 |

Rear/Left Side

Rear/Right Side

Street scene opposite direction

| Client: Raymond Armstrong & Mary Smith | | File No.: 1355 Mainsville Rd | |
|---|---|---|---|
| Property Address: 1355 Mainsville Rd | | Case No.: | |
| City: Shippensburg | State: Pa | | Zip: 17257 |



| Client: Raymond Armstrong & Mary Smith | | File No.: 1355 Mainsville Rd |
|---|---|---|
| Property Address: 1355 Mainsville Rd | | Case No.: |
| City: Shippensburg | State: Pa | Zip: 17257 |



Comparable Sale 1
14115 Paxton Run Rd
Shippensburg, PA 17257
5.04 miles NW

Subject
1355 Mainsville Rd
Shippensburg, Pa 17257

Comparable Sale 3
365 Bradley Ln
Shippensburg, PA 17257
2.05 miles SE

Comparable Sale 2
527 Nicklas Dr
Fayetteville, PA 17222
9.48 miles SE



Commonwealth of Pennsylvania
Department of State
Bureau of Professional and Occupational Affairs
PO Box 2649 Harrisburg PA 17105-2649

12 0055815

DISPLAY THIS CERTIFICATE PROMINENTLY • NOTIFY AGENCY WITHIN 10 DAYS OF ANY CHANGE

Certificate Type

Certified Residential Appraiser

Certificate Status

Active

Initial Certification Date

07/02/2009

DUANE E WIBLE
9768 HADES CHURCH RD
Greencastle PA 17225-9532

Certificate
Number

RL139766

Expiration Date

06/30/2015

Katie True
Commissioner of Professional and Occupational Affairs

Duane E Wible
Signature

ALTERATION OF THIS DOCUMENT IS A CRIMINAL OFFENSE UNDER 18 PA.C.S.A. 4911

******** **INVOICE** ********

File Number: 1355 Mainsville Rd          02/26/2015

Raymond Armstrong & Mary Smith
1355 Mainsville Rd
Shippensburg, PA 17257
Attorney Lloyd Reichard

Invoice # :
Order Date :
Reference/Case # :
PO Number :

1355 Mainsville Rd
Shippensburg, Pa 17257

| | | | |
|---|---|---|---|
| gPAR1004 Appraisal Report | | $ | 250.00 |
| paid on 02/26/2015 check #3050 | | $ | |
| | | | -------------- |
| Invoice Total | | $ | 250.00 |
| State Sales Tax @ | | $ | 0.00 |
| Deposit | | ($ | 250.00 ) |
| Deposit | | ($ | ) |
| | | | -------------- |
| Amount Due | | $ | 0.00 |

Terms:

Please Make Check Payable To:

Lehman Appraisal Group
9768 Hades Church Rd
Greencastle, PA 17225

Fed. I.D. #: 25-1782587











Advertisement                                                              Why ads?

# 2005 Chevrolet Monte Carlo Pricing Report

Sell To Private Party



**Style:** SS Coupe 2D
**Mileage:** 9,000



| Fair Condition | Good Condition | Very Good Condition | Excellent Condition |
|---|---|---|---|
| $8,392 | $8,803 | $9,289 | $9,714 |

PRIVATE PARTY RANGE

**Private Party Values valid for your area through 3/5/2015**

## Vehicle Highlights

**Fuel Economy:**
City 17/Hwy 26/Comb 20 MPG

**Doors:** 2

**Drivetrain:** FWD

**EPA Class:** Midsize Cars

**Country of Origin:** United States

**Max Seating:** 5

**Engine:** V6, Supercharged, 3.8L

**Transmission:** Automatic

**Body Style:** Coupe

**Country of Assembly:** Canada

## Your Configured Options

Our pre-selected options, based on typical equipment for this car.

✓ Options that you added while configuring this car.

**Engine**
V6, Supercharged, 3.8L
**Transmission**
Automatic
**Drivetrain**
FWD
**Accessory Packages**
✓ Tony Stewart Series
**Braking and Traction**
ABS (4-Wheel)

**Comfort and Convenience**
Air Conditioning
Power Windows
Power Door Locks
Cruise Control
**Steering**
Power Steering
Tilt Wheel
**Entertainment and Instrumentation**
AM/FM Stereo
Cassette
CD (Single Disc)
OnStar
**Safety and Security**
Dual Air Bags
**Seats**
✓ Power Seat

**Roof and Glass**
✓ Sun Roof (Flip-Up)
**Exterior**
Rear Spoiler
**Wheels and Tires**
Alloy Wheels

## Glossary of Terms

**Kelley Blue Book® Trade-in Value** - This is the amount you can expect to receive when you trade in your car to a dealer. This value is determined based on the style, condition, mileage and options indicated.

Tip:

It's crucial to know your car's true condition when you sell it, so that you can price it appropriately. Consider having

| | |
|---|---|
| Debtor 1 | **Raymond O Armstrong** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number | 1:16-bk-409 |
| (if known) | |

■ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B:* **1.1** | | ■ $8,868.44  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(1)** |
| **2008 Chevrolet  Silverado 3500  Mileage: 59,000**  Line from *Schedule A/B:* **3.1** | $26,452.00 | ■ $6,993.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **2008 Chevrolet  Silverado 3500  Mileage: 59,000**  Line from *Schedule A/B:* **3.1** | $26,452.00 | ■ $3,775.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(2)** |
| **2008 Chevrolet  Silverado 3500  Mileage: 59,000**  Line from *Schedule A/B:* **3.1** | $26,452.00 | ■ $1,000.55  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |
| **2005 Chevrolet Monte Carlo  Mileage: 9,000**  Line from *Schedule A/B:* **3.2** | $4,857.00 | ■ $4,857.00  ☐ 100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Household Items**<br>**King Bed $50,**<br>**TV $25,**<br>**Dresser $15,**<br>**Lamp $10,**<br>**Recliner $25**<br>Line from *Schedule A/B*: **6.1** | $125.00 | ■         $125.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Normal and Customary**<br>Line from *Schedule A/B*: **11.1** | $0.00 | ■         $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(3)** |
| **Jewelry**<br>**Gold necklace**<br>**Watch**<br>Line from *Schedule A/B*: **14.1** | $50.00 | ■         $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(4)** |
| **Checking Account #8209**<br>**Middletown Valley Bank**<br>**24 W. Main St.**<br>**PO Box 75**<br>**Middletown, MD 21769**<br>Line from *Schedule A/B*: **17.1** | $249.45 | ■         $249.45<br>☐  100% of fair market value, up to any applicable statutory limit | **11 USC § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1    **Raymond O Armstrong**
First Name    Middle Name    Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF PENNSYLVANIA

Case number    **1:16-bk-409**
(if known)

■ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Raymond O Armstrong**
**Raymond O Armstrong**
Signature of Debtor 1

X _____
Signature of Debtor 2

Date    **July 29, 2016**

Date _____