UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RAYMOND O ARMSTRONG
AKA: RAYMOND OLIVER
ARMSTRONG

Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

vs.

RAYMOND O ARMSTRONG
AKA: RAYMOND OLIVER
ARMSTRONG

CASE NO: 1-16-00409-MDF

Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on August 1, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about July 14, 2016 be withdrawn. The default has been cured.

Respectfully Submitted,
 /s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 1, 2016

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: RAYMOND O ARMSTRONG
AKA: RAYMOND OLIVER ARMSTRONG

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

RAYMOND O ARMSTRONG
AKA: RAYMOND OLIVER ARMSTRONG

    Respondent(s)

CHAPTER 13

CASE NO: 1-16-00409-MDF

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on August 1, 2016.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on August 1, 2016.

RAYMOND O ARMSTRONG
1355 MAINSVILLE RD
SHIPPENSBURG, PA 17257-9256

KEITH B. DeARMOND, ESQUIRE
DeARMOND LAW FIRM
18 SOUTH GEORGE STREET, STE 610
YORK, PA 17401-

Respectfully Submitted,
/s/ Vickie Williams
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: August 1, 2016

Case 1:16-bk-00409-MDF    Doc 24    Filed 08/01/16    Entered 08/01/16 14:31:07    Desc
Main Document    Page 2 of 2