```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-00409-MDF
Raymond O Armstrong                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: MMchugh    Page 1 of 1    Date Rcvd: Dec 14, 2016
                Form ID: pdf010    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2016.
        +Barbara Mininall, Asst. VP,   Bank of America NA,   PO Box 982284,   El Paso, TX 79998-2284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2016                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2016 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Joshua I Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Keith B DeArmond   on behalf of Debtor Raymond O Armstrong general.dearmondlaw@gmail.com,
         G10924@notify.cincompass.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                              TOTAL: 4

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| RAYMOND O ARMSTRONG | : | |
| Aka RAYMOND OLIVER ARMSTRONG | : | |
| Debtor | : | CASE NO.: 1-16-bk-00409-MDF |
| CHARLES J. DEHART, III, TRUSTEE | : | |
| Objectant | : | |
| vs. | : | |
| BANK OF AMERICA, N.A. | : | |
| Claimant | : | |

## ORDER

Upon consideration of the Trustee's Objection to Claim No. 2 of Bank of America, N.A. and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 2 of Bank of America, N.A. shall be disallowed and dismissed.

By the Court,

*Mary D. France*
Bankruptcy Judge (VK)

Dated: December 14, 2016