**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Raymond O Armstrong <br> <u>Debtor(s)</u> | BKY. NO. 16-00409 MDF <br><br> CHAPTER 13 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 7032

                    Respectfully submitted,

                    **/s/ Thomas Puleo**
                    Thomas Puleo, Esquire
                    James C. Warmbrodt, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 825-6306  FAX (215) 825-6406
                    Attorney for Movant/Applicant