**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

RAYMOND O ARMSTRONG                      Case No.: 1-16-00409-HWV
                                         Chapter 13

Debtor(s)

NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| PART 1: | MORTGAGE INFORMATION |
|---|---|
| Creditor Name: | SPECIALIZED LOAN SERVICING LLC |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 5341/PRE ARREARS/1355 MAINSVILLE RD |
| Property Address if applicable: | 1355 MAINSVILLE ROAD, SHIPPENSBURG, PA  17257-9256 |

**PART 2:                          CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $246.76 |
| b. | Prepetition arrearages paid by the Trustee: | $246.76 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $246.76 |

**PART 3:                 POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:            A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated:  January 23, 2018                    Respectfully submitted,

<u>s/ Charles J. DeHart, III, Trustee</u>
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA  17036
Phone:  (717) 566-6097
Fax:  (717) 566-8313
eMail:  dehartstaff@pamd13trustee.com

Re:

RAYMOND O ARMSTRONG                     Case No.: 1-16-00409-HWV
                                        Chapter 13

                    Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Notice of
Final Cure by First Class Mail, unless served electronically, at the below address on January
23, 2018.


RAYMOND O ARMSTRONG
1355 MAINSVILLE RD
SHIPPENSBURG, PA  17257-9256



SPECIALIZED LOAN SERVICING LLC
8742 LUCENT BLVD, SUITE 300
HIGHLANDS RANCH, CA,   80129



KEITH B. DeARMOND, ESQUIRE
DeARMOND LAW FIRM
18 SOUTH GEORGE STREET, STE 610
YORK PA,   17401-


Date: January 23, 2018                  s/   Donna Schott
                                        Charles J. DeHart, III, Trustee
                                        Standing Chapter 13 Trustee
                                        Suite A, 8125 Adams Drive
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        Fax:  (717) 566-8313
                                        eMail:  dehartstaff@pamd13trustee.com